IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

CONSUMER FINANCIAL PROTECTION
BUREAU (CFPB),
    Plaintiffs

v.                                                        Civil No. 1:25cv61 (DJN)

CAPITAL ONE, NATIONAL
ASSOCIATION, *et al.*,
    Defendants.

## ORDER
### (Directing Parties to File Position on Consolidation)

This matter comes before the Court on its own initiative. The Court notes that the instant case presents common questions of fact with *In Re: Capital One 360 Savings Account Interest Rate Litigation* (Case Number 1:24md3111), a multidistrict litigation case already before this Court. In light of the overlapping factual record and the existence of the multidistrict litigation, the Court DIRECTS the parties to file separate pleadings, no later than February 5, 2025, addressing whether the instant matter should be consolidated with *In Re: Capital One 360 Savings Account Interest Rate Litigation*.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                  /s/
                                                  David J. Novak
                                                  United States District Judge

Richmond, Virginia
Date: January 15, 2025