IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 1:25-cv-00061-DJN-WBP, Case Name Consumer Financial Protection Bureau v. Capital One, N.A. et al.
Party Represented by Applicant: Defendants Capital One, N.A. and Capital One Financial Corp.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Jesse Tiko Smallwood
Bar Identification Number 495961   State DC
Firm Name Williams & Connolly LLP
Firm Phone # 202-434-5000   Direct Dial # 202-434-5162   FAX # 202-434-5029
E-Mail Address jsmallwood@wc.com
Office Mailing Address 680 Maine Ave., SW, Washington, DC 20024

Name(s) of federal district court(s) in which I have been admitted See attached list.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

*(Applicant's Signature)*

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

*Ryan Scarborough*
(Signature)     1/22/2025
Ryan T. Scarborough    (Date)
(Typed or Printed Name)   43170
     (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☐

_____    _____
(Judge's Signature)       (Date)

**<u>Federal District Courts in which Jesse T. Smallwood has been admitted:</u>**

U.S. District Court for the District of Columbia
U.S. Court of Appeals for the Fourth Circuit
U.S. Court of Appeals for the Fifth Circuit
U.S. Court of Appeals for the Ninth Circuit