IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

CONSUMER FINANCIAL PROTECTION
BUREAU (CFPB),
    Plaintiffs

v.                                                                     Civil No. 1:25cv61 (DJN)

CAPITAL ONE, NATIONAL
ASSOCIATION, *et al.*,
    Defendants.

## ORDER
### (Denying Plaintiff's Motion for Temporary Stay)

This matter comes before the Court on Plaintiff's Emergency Motion for Temporary Stay of Deadlines Relating to Positions on Consolidation. (ECF No. 13.) Plaintiff asks the Court to stay the February 5, 2025 deadline for a response to the Court's January 15, 2025 Order seeking positions on consolidation with *In Re: Capital One 360 Savings Account Interest Rate Litigation* (Case Number 1:24md3111), a multidistrict litigation case already before this Court. (ECF No. 2.) Plaintiff further seeks a stay for the hearing on consolidation currently scheduled for February 28, 2025.

The Court recognizes that the recent change of administration has impacted the CFPB's leadership and its work. However, the Court will continue to conduct this litigation on a schedule consistent with the well-established manner in which the U.S. District Court for the Eastern District of Virginia handles its civil matters.

For these reasons, the Court DENIES Plaintiff's request for a stay on the February 5, 2025 filing deadline. To the extent Plaintiff seeks additional time to file its position on

consolidation, the Court GRANTS both parties an extension until February 14, 2025. No further extensions will be granted.

The Court also DENIES Plaintiff's request for a stay on the February 28, 2025 hearing. The hearing will proceed on February 28, 2025 at 3:30 pm at the U.S. District Courthouse in Alexandria as scheduled.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                            /s/
                                       David J. Novak
                                       United States District Judge

Richmond, Virginia
Date: February 4, 2025