UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE FINANCIAL CORPORATION and CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>　　　　Defendants. | Case No. 1:25-cv-61-DJN |

## THE CONSUMER FINANCIAL PROTECTION BUREAU'S STATEMENT OF ITS POSITION ON CONSOLIDATION

　　The Consumer Financial Protection Bureau (Bureau) submits this statement in response to the Court's January 15, 2025 order directing the parties to "address[] whether the instant matter should be consolidated with *In re: Capital One 360 Savings Account Interest Rate Litigation*" (MDL).

　　The Bureau proposes that this action be consolidated with the MDL for discovery purposes. But to ensure that the parties to this action have sufficient time to complete discovery, the Bureau respectfully requests that all discovery deadlines be extended up to two months.

　　The Bureau also proposes that the matters be consolidated for purposes of the mediation scheduled for May 17, 2025.

　　The Bureau has no further position on consolidation of the two matters.

　　Accordingly, the Bureau respectfully requests that the Court (1) consolidate this action with the MDL for the purposes of discovery; (2) extend the discovery deadlines by up to two months; and (3) consolidate this action with the MDL for purposes of the May 17, 2025 mediation.

Dated February 14, 2025          Respectfully submitted,

THOMAS H. KIM
*Deputy Enforcement Director*

ZACH MASON
*Assistant Deputy Enforcement Director*

/s/ Tassity Johnson
TASSITY JOHNSON (D.C. Bar No. 1049061)
*Senior Litigation Counsel*
tassity.johnson@cfpb.gov, 202-451-1284
JENNIFER YUN (D.C. Bar No. 1600953)
*Enforcement Attorney*
jennifer.yun@cfpb.gov, 202-316-7307

/s/ Kara Miller
KARA K. MILLER (Va. Bar No. 47821)
*Assistant Deputy Enforcement Director*
*(Local Counsel)*
kara.miller@cfpb.gov, 202-435-7825

Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, D.C. 20552

ATTORNEYS FOR THE CONSUMER
FINANCIAL PROTECTION BUREAU