UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>  Plaintiff,<br><br>  v.<br><br>CAPITAL ONE FINANCIAL CORPORATION and CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>  Defendants. | Case No. 1:25-cv-61-DJN |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Consumer Financial Protection Bureau, dismisses with prejudice this action against all Defendants.

Dated February 27, 2025                     Respectfully submitted,

                                            MARK PAOLETTA
                                            *Chief Legal Officer*

                                            DANIEL SHAPIRO
                                            *Deputy Chief Legal Officer*

                                            THOMAS H. KIM
                                            *Deputy Enforcement Director*

                                            ZACH MASON
                                            *Assistant Deputy Enforcement Director*

                                            /s/ Tassity Johnson
                                            TASSITY JOHNSON (D.C. Bar No. 1049061)
                                            *Senior Litigation Counsel*
                                            tassity.johnson@cfpb.gov, 202-451-1284
                                            JENNIFER YUN (D.C. Bar No. 1600953)
                                            *Enforcement Attorney*
                                            jennifer.yun@cfpb.gov, 202-316-7307


                                            /s/ Kara K. Miller
                                            KARA K. MILLER (Va. Bar No. 47821)
                                            *Assistant Deputy Enforcement Director*
                                            *(Local Counsel)*
                                            kara.miller@cfpb.gov, 202-435-7825

                                            Consumer Financial Protection Bureau
                                            1700 G Street, N.W.
                                            Washington, D.C. 20552

                                            ATTORNEYS FOR THE CONSUMER
                                            FINANCIAL PROTECTION BUREAU

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th of February, 2025, I caused true and correct copies of the foregoing Notice of Dismissal to be served electronically via CM/ECF on all participants in the case that are registered CM/ECF users.

/s/ Tassity Johnson
Tassity Johnson